IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| LAUREN SPILLER-HOLTZMAN<br>720 Bangor Court<br>Glen Burnie, Maryland 21061<br><br>*Plaintiff*<br><br>v.<br><br>UNIVERSITY OF MARYLAND, BALTIMORE<br>University of Maryland, School of Medicine<br>620 W. Lexington Street<br>Baltimore, Maryland 21201<br><br><br>and<br><br>STATE OF MARYLAND<br>200 Saint Paul Place<br>Baltimore, Maryland 21202<br><br>*Defendants* | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* | <br><br><br><br><br><br><br><br>Civil Action No. _____<br><br>(Removed from Circuit Court for<br>Baltimore City, Maryland<br>Case No. 24-C-21-005705 OT) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>NOTICE OF REMOVAL</u>**

Defendants University of Maryland, Baltimore/University of Maryland School of Medicine and the State of Maryland (together, "Defendants"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331 and 1441, hereby remove to this Court a civil lawsuit filed by Plaintiff Lauren Spiller-Holtzman ("Plaintiff") in the Circuit Court for Baltimore City, Maryland, Case No. 24-C-21-005705-OT. Without admitting any of the allegations of the complaint, Defendants' grounds for removing this action are as follows:

1.   On or about December 17, 2021, Plaintiff filed a seven-count lawsuit against Defendants in the Circuit Court for Baltimore City, Maryland. Plaintiff alleges that Defendants discriminated against her on the basis of her gender, race, and age in violation of Title VII of the

Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq.* ("Title VII"), the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, *et seq.* ("ADEA"), and Maryland's Fair Employment Practices Act, Md. Code Ann., State Gov't § 20-606 ("MFEPA"). Specifically, in counts I and II, Plaintiff asserts claims of gender discrimination and hostile work environment under MFEPA and Title VII, respectively. In counts III and IV, Plaintiff alleges retaliation and retaliatory hostile work environment claims under MFEPA and Tile VII, respectively. In count V, Plaintiff alleges age discrimination under MFEPA and the ADEA. In count VI, Plaintiff alleges race discrimination under MFEPA and Title VV. Finally, in count VII, Plaintiff asserts a claim of harassment under MFEPA. Plaintiff's complaint is attached hereto as **Exhibit 4.**

2.    On February 2, 2022, Plaintiff's complaint was served on Defendant University of Maryland, Baltimore/University of Maryland School of Medicine. On February 28, 2022, Plaintiff's complaint was served on Defendant State of Maryland.

3.    Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Therefore, this Court has original jurisdiction over the federal causes of action asserted in counts I through VI. The Court has supplemental jurisdiction over the state law causes of action pursuant to 28 U.S.C. § 1367.

4.    Because this Court has original jurisdiction under 28 U.S.C. § 1331, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

5.    This Notice of Removal is timely under 28 U.S.C. §1446(b)(2) because it is filed within 30 days after the earliest service of the complaint.

6.    All Defendants are joining in and consent to removal.

7. In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5(a), Defendants are attaching, as exhibits to this Notice of Removal, true and legible copies of all process, pleadings, documents and orders which have been served on Defendants. Specifically, Defendants are attaching the following:

> Exhibit 1 – Writ of Summons addressed to University of Maryland, Baltimore/University of Maryland School of Medicine
>
> Exhibit 2 – Writ of Summons addressed to State of Maryland
>
> Exhibit 3 – Plaintiff's Second Request to Issue Summons
>
> Exhibit 4 – Complaint and Jury Demand
>
> Exhibit 5 – Civil – Non-Domestic Case Information Report

8. A copy of this Notice of Removal is being served upon Plaintiff through her counsel of record and with the Clerk of the Court for the Circuit Court for Baltimore City, Maryland.

WHEREFORE, Defendants move that the lawsuit now pending against them in the Circuit Court for Baltimore City, Maryland (Case No. 24-C-21-005705-OT) be removed therefrom to this Court.

Respectfully submitted,

BRIAN E. FROSH

Attorney General of Maryland

/s/ *Catherine A. Bledsoe*
Catherine A. Bledsoe (Fed. Bar No. 11376)
Assistant Attorney General
Office of the Attorney General
Higher Education Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone: (410) 576-7941
Email: cbledsoe@oag.state.md.us

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March, 2022, a copy of the foregoing Notice of Removal was served via e-mail and first class mail, postage prepaid, upon the following:

>Daniel E. Kenney
>DK Associates, LLC
>5425 Wisconsin Avenue, Suite 600
>PMB #653
>Chevy Chase, MD 20815
>dan@dkemployment.com
>
>*Attorney for Plaintiff*

>/S/ CATHERINE A. BLEDSOE
>Catherine A. Bledsoe